FILED

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

SEP 21 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY

United States of America
v.
VELAZQUEZ-Torres, Isidro
02/16/1968

*Defendant(s)*

Case No. DR-26-5286M-01

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 19, 2026 in the county of Maverick in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 18 USC 554 | Whoever knowingly or fraudulently exports or sends, or attempts to export or send, from the United States any merchandise, article, or object contrary to any law or regulation of the United States in violation of Title 18 USC 554. |

This criminal complaint is based on these facts:

See Attachment A.

☒ Continued on the attached sheet.

William Miller
*Complainant's signature*

William Miller, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/21/2026

*Judge's signature*

City and state: Del Rio, Texas

Hon. Matthew Watters, United States Magistrate Judge
*Printed name and title*

DR-26-5286M-01

Attachment "A"

On September 19, 2026, at approximately 0521 hours, Homeland Security Investigations (HSI) Special Agent (SA) William Miller was contacted by United States (US) Customs and Border Protection (CBP) regarding an attempt to smuggle a sawed-off shotgun and ammunition from the US into Mexico at Eagle Pass, Texas (TX), International Bridge 2. The firearm was found inside the liner of a suitcase with the name Isidro VELAZQUEZ-Torres inscribed on a sticker wrapped around the handle. VELAZQUEZ (DOB: 02/16/1968, Citizenship: Mexico) is a Lawful Permanent Resident (LPR) who lives in Houston, TX. VELAZQUEZ was a passenger on a bus committed to Mexico. VELAZQUEZ provided a negative declaration upon arrival at the port of entry.

SA Miller and CBP Officer (CBPO) Marilu Torres interviewed the bus driver at approximately 0600 hours. The bus driver confirmed that he announced before reaching the port of entry that passengers must declare items, such as firearms, before reaching the port of entry. The bus driver confirmed that no one provided a positive declaration.

At approximately 0615 hours, SA Miller and CBPO Torres interviewed VELAZQUEZ. CBPO Torres translated when necessary. After requesting biographical information, VELAZQUEZ was read his Miranda rights in Spanish by CBPO Torres. VELAZQUEZ confirmed that he understood his rights and agreed to speak to law enforcement without an attorney present.

VELAZQUEZ stated that he was destined for his parents' ranch in Guanajuato, Mexico. VELAZQUEZ stated that he makes the trip around twice a year and planned to stay for two to three weeks on this occasion. VELAZQUEZ stated that he brought four containers of luggage with him. VELAZQUEZ confirmed that the blue suitcase containing the firearm was his luggage.

When asked if the shotgun discovered in the bag belonged to him, VELAZQUEZ confirmed that he owned the firearm. VELAZQUEZ stated that he purchased the shotgun at a pawn shop in Houston around ten years ago. VELAZQUEZ stated that he purchased the firearm for self-defense. VELAZQUEZ stated that this was the first time that he attempted to carry the firearm to Mexico. When asked if he was aware that smuggling firearms into Mexico was illegal, VELAZQUEZ stated that he was not aware. VELAZQUEZ was asked if the bus driver announced for passengers to declare items, such as firearms, and VELAZQUEZ confirmed that the driver did.

When asked why he did not provide a declaration, VELAZQUEZ stated that he did not have enough time since the driver made the announcement at the last stop before reaching the port of entry. When told that should have still given him at least 10 to 15 minutes to consider, VELAZQUEZ agreed that was so. When asked if he understood why the bus driver had made that announcement, VELAZQUEZ admitted that he had and understood that he should have made a declaration. VELAZQUEZ stated that he did not intend to give the firearm to anyone in Mexico and stated that no one had asked him the bring the weapon. VELAZQUEZ confirmed that he does not possess a pistol permit or firearms export license.